UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF PRIVATE SECTOR COLLEGES & UNIVERSITIES,<br><br>    Plaintiff,<br>        v.<br>ARNE DUNCAN, Secretary of the Department of Education, et al.,<br><br>    Defendants. | Civil Action No. 14-1870 (JDB) |

### ORDER

Upon consideration of [13] plaintiff's motion for summary judgement, [17] the government's cross-motion for summary judgment, the various memoranda filed in support of and opposition to those motions, and the entire record herein, and for the reasons stated in [31] the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [13] plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that [17] the government's cross-motion for summary judgment is **GRANTED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  June 23, 2015

1